**B.S.**

v.

**In re: K.S., a minor child**

**2131016**

Court of Civil Appeals of Alabama.

01/21/2015

Transferred to Jefferson Cir. Ct., Bessemer Div., for trial de novo pursuant to Rule 28(D), Ala.R.Juv.P.

**T.B.**

v.

**LAUDERDALE CTY. DEP'T OF HUMAN RES.**

**2131023**

Court of Civil Appeals of Alabama.

03/26/2015

Dismissed

**H.G.**

v.

**JEFFERSON CTY. DEP'T OF HUMAN RES.**

**2131025**

Court of Civil Appeals of Alabama.

01/22/2015

Dismissed

**Jon Lyle BROUGHTON**

v.

**Melissa JENKINS**

**2131032**

Court of Civil Appeals of Alabama.

03/27/2015

Affirmed

**JoAnn Moon HAYES**

v.

**LAWRENCE PROPS.**

**2131034**

Court of Civil Appeals of Alabama.

03/13/2015

Affirmed